NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LG DISPLAY CO., LTD.

---

### 2013-1055

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/008,143.

---

## JUDGMENT

---

ROBERT S. RIGG, Vedder Price P.C., of Chicago, Illinois, argued for appellant. With him on the brief were TIMOTHY NITSCH; and REBECCA G. RUDICH, of Washington, DC.

MICHAEL S. FORMAN, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Deputy Solicitor, and WILLIAM LAMARCA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| July 22, 2013 | /s/  Daniel  E.  O'Toole |
| Date | Daniel  E.  O'Toole |
|  | Clerk |